RECEIVED
IN LAKE CHARLES, LA

OCT - 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| OSCAR C. DUDLEY | : | DOCKET NO. 06-0604 |
| --- | --- | --- |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Commissioner's motion to remand the action for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g) [doc. # 4], be, and it is hereby GRANTED. Any additional or modified findings and a transcript of further proceedings by the Commissioner shall be filed as part of this action.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE